B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11−30207**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Corine Jones | Dale D Jones |
| 2853 141st Place | 2853 141st Place |
| Blue Island, IL 60406 | Blue Island, IL 60406 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−9837                                xxx−xx−3290

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>October 24, 2011</u>                <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Corine Jones  
Dale D Jones  
    Debtors

Case No. 11-30207-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Oct 24, 2011  
                    Form ID: b18     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2011.

```
db/jdb       +Corine Jones,    Dale D Jones,    2853 141st Place,    Blue Island, IL 60406-3311
17579753     +ARM Accounts Receivable,    PO Box 129,    Thorofare, NJ 08086-0129
17579751     +Advocate Christ Medical Center,    4440 West 95th Street,    Oak Lawn, IL 60453-2600
17579752     +Allstate Insurance Company,    Ralph Covington/Reg. Agent,    3525 Matthew Mint Hill Rd,
               Matthews, NC 28105-3613
17579754     +Bank of America,    P.O. Box 182965,    Columbus, OH 43218-2965
17579756    ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
              (address filed with court:  Cavalry Portfolio Serv (Original Cr,    7 Skyline Dr Ste 3,
               Hawthorne, NY 10532)
17579755     +Cach, Llc (Original Creditor:Hsbc B,    370 17th Street, Suite 5000,    Denver, CO 80202-5690
17579757     +Certegy Payment Recovery Services,    11601 Roosevelt Rd.,    Saint Petersburg, FL 33716-2202
17579758     +City of Blue Island,    13051 Greenwood Ave,    Blue Island, IL 60406-2391
17579760     +Contract Callers Inc (Original Cred,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
17579763     +Enhanced Recovery Co L (Original Cr,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17579764     +Four Winds Casino,    10528 Maudlin Road,    New Buffalo, MI 49117-8992
17579765     +Genesis Financial Solu (Original Cr,    8705 Sw Nimbus Ave Ste 3,    Beaverton, OR 97008-4000
17579766     +Great Lakes Financial Services,    322 S. Green,    Suite 510,    Chicago, IL 60607-3579
17579767     +Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
17579768     +I.C. System Inc. (Original Creditor,    P.O. Box 64378,    St Paul, MN 55164-0378
17579769      ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
17579770     +Illinois College of Optometry,    3241 South Michigan,    Chicago, IL 60616-3878
17579771      Illinois Eye Institute,    3241 S Michigan,    Chicago, IL 60619
17579773     +M3 Financial Services,    PO Box 7230,    Westchester, IL 60154-7230
17579774      Metro South Medical Center,    12395 South Gregory,    Blue Island, IL 60406
17579775     +Michael Peky,    77 W Washington,    Suite 719,    Chicago, IL 60602-3274
17579776     +Monterey Collection (Original Credi,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
17579777      National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
17579778     +Nco- Medclr (Original Creditor:Medl,    Pob 17095,    Wilmington, DE 19850-7095
17579782     +Oak Lawn Radiology Imaging Consulta,    37241 Eagle Way,    Chicago, IL 60678-1372
17579783     +Oaklawn Radiology Imaging,    37241 Eagle Way,    Chicago, IL 60678-1372
17579784     +Rjm Acq Llc (Original Creditor:Wash,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
17579785     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
17579787     +State Collection Servi (Original Cr,    2509 S Stoughton Rd,    Madison, WI 53716-3314
17579790    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
              (address filed with court:  Triad Financial Corporation,    P.O. Box 3299,
               Huntington Beach, CA 92605-3299)
17579788     +The Shindler law firm,    1990 E. Algonquin Rd, Ste 180,    Schaumburg, IL 60173-4164
17579789     +The University of Chicago Medical C,    15965 Collections Center Drive,    Chicago, IL 60693-0159
17579791     +Trustmark Recover Services,    541 Otis Brown Drive,    Munster, IN 46321-4158
17579792     +Westgate Resort,    7450 Sandlake Commons Road,    Orlando, FL 32819-8033
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17579759     +E-mail/Text: legalcollections@comed.com Oct 25 2011 01:33:42     Com Ed,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
17700356     +E-mail/Text: legalcollections@comed.com Oct 25 2011 01:33:42     ComEd,    3 Lincoln Center,
               Oakbrook Terrace, IL 60181-4204
17579761     +EDI: CCS.COM Oct 25 2011 00:58:00      Credit Collection Services,    Two Wells Avenue,
               Newton Center, MA 02459-3246
17579763     +E-mail/Text: bknotice@erccollections.com Oct 25 2011 01:36:54
               Enhanced Recovery Co L (Original Cr,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17579768     +EDI: ICSYSTEM.COM Oct 25 2011 00:58:00      I.C. System Inc. (Original Creditor,    P.O. Box 64378,
               St Paul, MN 55164-0378
17579772      EDI: IRS.COM Oct 25 2011 00:58:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
17579779     +E-mail/Text: bankrup@nicor.com Oct 25 2011 01:32:10     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                               TOTAL: 7
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
17579780*    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
17579781*    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
17579786*    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
17579762    ##Delmarva Capital Services, LLC,    PO Box 126,    Forest Hill, MD 21050-0126
                                                                                               TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: Oct 24, 2011
                               Form ID: b18             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**                       **Signature:**    _Joseph Speetjens_